IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MANDI M. FUNK,<br><br>*Plaintiff,*<br><br>vs.<br><br>TOLTECA ENTERPRISES, INC.,<br>EQUIFAX INFORMATION SERVICES,<br>LLC, EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-18-CV-00737-DAE |

## **ORDER**

Before the Court in the above-styled cause of action is the Unopposed Motion to Withdraw as Counsel [#24] filed by Marwan R. Daher, Omar T. Sulaiman, and Alexander J. Taylor of Sulaiman Law Group, Ltd. The motion was referred to the undersigned on February 22, 2019 for disposition. By their motion, Plaintiff's attorneys seek leave to withdraw as counsel due to a fundamental disagreement regarding the execution of a settlement in this case. The motion indicates that Plaintiff has not yet retained new counsel.

**IT IS THEREFORE ORDERED** that the Unopposed Motion to Withdraw as Counsel [#24] is **set** for a telephonic hearing at **1:00 p.m.** on **March 7, 2019**.

**IT IS FURTHER ORDERED** that at least one of Plaintiff's attorneys, as well as Plaintiff Mandi M. Funk, appear telephonically for the hearing. Defendants may attend the hearing but are not required to do so. The parties are directed to contact the undersigned's courtroom deputy, Teresa Iracheta, at teresa_iracheta@txwd.uscourts.gov, for call-in information. The use of speaker phones is prohibited during a telephonic appearance.

1

**IT IS FINALLY ORDERED** that if on or before **March 6, 2019,** Plaintiff retains new counsel admitted to practice in the Western District of Texas, and the new counsel enters an appearance, the Court will cancel the hearing.

**IT IS SO ORDERED.**

SIGNED this 27th day of February, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE